AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br>BREJEA WRIGLEY et al.<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    25-mj-<br>)    Az No. 25-3482MJ<br>)<br>) |

*MKA 12/10/25*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of ____Hillsborough____ in the
_____ District of ____New Hampshire____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) | Distribution of a Controlled Substance |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.    8:22 PM, Dec 10, 2025

/s/ Brian F. Gacek
*Complainant's signature*

BRIAN F. GACEK, Task Force Officer
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date:   December 10, 2025

*Andrea K. Johnston*
*Judge's signature*

City and state:   Concord, New Hampshire    Andrea K. Johnstone, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Brian Gacek, being duly sworn, depose and state as follows:

### I.  INTRODUCTION

1. I submit this affidavit in support of a criminal complaint charging this affidavit in support of a criminal complaint charging Brejea WRIGLEY ("WRIGLEY") with distribution of a controlled substance, specifically methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). Title 21 United States Code, Section 841(a)(1) makes it a crime for any person "knowingly or intentionally to … distribute . . . a controlled substance."

2. I have been employed as a Trooper with the New Hampshire State Police (NHSP) since December of 2005. I was assigned to the Troop A Barrack, in Epping, New Hampshire, for 18 years. In January 2024, I was transferred to the NHSP Narcotics Investigations Unit (NIU) and was then assigned as a Task Force Officer (TFO) to the United States Postal Inspection Service's (USPIS) Boston Division - Manchester, New Hampshire, Domicile.

3. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061, and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1), distribution of controlled substances, Title 21 U.S.C. §843(b), use of a communications facility in the commission of narcotics trafficking offenses, Title 21 U.S.C. §846, conspiracy to possess with intent to distribute and distribution of controlled substances and other federal offenses.

4. I am assigned to the USPIS Contraband Interdiction and Investigation (CI2) Team. As a TFO assigned to the CI2 Team, my duties and responsibilities include, but are not limited to, the investigation of the illegal shipment of controlled substances and proceeds from the sale of controlled substances, as well as the laundering of drug proceeds via the U.S. Postal

Service (USPS). I have intercepted or participated in interdiction efforts resulting in the interception of numerous Priority Mail Express, Priority Mail and Ground Advantage parcels which were found to have contained controlled substances or proceeds from the sales of controlled substances.

5.      I have received extensive training in criminal investigations, procedures, and criminal law. I have received training specifically in Cryptocurrency investigation and Darknet Investigations. I have used that training in numerous criminal investigations and have assisted other law enforcement agents in criminal investigations and in the execution of search warrants. I have received training from the USPIS in the investigation of controlled substances and proceeds/payments for controlled substances being transported through the United States Postal Service. I have also received asset forfeiture training and have consulted with senior postal inspectors and asset forfeiture specialists.

6.      The facts contained in this Affidavit are based on information derived from my personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; information provided by a confidential source; and the analysis of public records.

7.      Because this Affidavit is being submitted for the limited purpose of establishing probable cause, your Affiant has not set forth all of the relevant facts known to law enforcement officers.

8.      Based on my training and experience and based on the facts set forth in this affidavit, I submit there is probable cause to believe that on or about September 10, 2025, in the

Case 2:25-mj-03482-MTM   Document 1   Filed 12/10/25   Page 4 of 8

District of New Hampshire, WRIGLEY, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), knowingly and intentionally distributed methamphetamine.

Probable Cause

9. On August 14, 2025, USPIS Inspectors in Northern Virginia contacted an intended recipient of parcel bearing tracking number 9405 5362 0624 9306 6425 63, which received an "Accept or Pickup" scan on August 12, 2025, in Phoenix, AZ. The intended recipient provided verbal consent for Inspectors to open the parcel. The parcel contained a clear baggie containing a small crystalline substance which field tested positive for methamphetamine. The recipient said his friend had ordered from a vendor named "blackcoconut" on the Dark Web Marketplace, "Torzon." The parcels ending in 2563 listed the return address of E-Jewelry LLC, with a specific address on S. 29th Dr, Phoenix, AZ 85009. Utilizing the website www.Opencorporates.com, an opensource website that has proven reliable in previous investigation into companies and corporations, the company listed on the return address does not exist. Additionally, the address is associated with two Arizona registered sex offenders.

10. On August 14, 2025, investigators reviewed the vendor page for "BlackCoconut" on the Torzon Darknet Marketplace. "BlackCoconut" listed the following drugs for sale:

  a. Crystal meth ranging from 1 gram for $20.80 up to 448 grams for $1,820
  b. "Synthetic China White F1000" from 0.5 grams for $57.20 up to 50 grams for $2,314
  c. "Oxycodone Pressed M-30" from 10 pills for $52 up to 100 pills for $260
  d. Also offering mushrooms from 1 gram for $10.40 up to 1 ounce for $124.80

While they do not mention fentanyl, they do put the following product description: "Raw Synthetic China White A1 Grade….be very careful. You can always do a little more, but if you do too much it's a wrap," and "Raw Synthetic China White A1 Grade Pressed Percosets. Be Careful please!"

3

11. On September 3, 2025, investigators made an undercover purchase ("UC Purchase 1") from the "BlackCoconut" vendor page. Investigators purchased 448 grams of methamphetamine for $1,820 with a $30 Priority shipping fee, totaling $1,850, and had it mailed to an address under law enforcement control in Manchester, NH.

12. On September 6, 2025, WRIGLEY was observed on a surveillance camera at the Post Office at 4949 E Van Buren St, Phoenix, AZ 85026, dropping off a Priority Mail Medium Flat Rate box, (UC Purchase 1), and smaller Priority Mail parcels into the collection box.

 

13. On September 7, 2025, UC Purchase 1 was scanned into the mail stream with tracking number 9405536206249308273444. On September 10, 2025, UC Purchase 1 was delivered to the address under law enforcement control in Manchester, NH on September 10, 2025.

14. On September 10, 2025, New Hampshire USPIS investigators opened USPS Priority Mail parcel 9405536206249308273444, UC Purchase 1, at the USPIS Office in Manchester, NH. Investigators located packing peanuts and two smaller boxes inside of the parcel, each containing a stuffed animal (a fish and bear) containing a package of a white crystalline substance which tested presumptively positive for methamphetamine. The total gross

weight of the suspected methamphetamine was 462.5 grams, when weighed with packaging. In addition to the suspected narcotics, there was also a "Thank You" card signed "BlackCoconut."






15.     USPIS turned this evidence over to the DEA for analysis. On November 10, 2025, USPIS received results from the DEA Forensic Laboratory confirming the controlled substance was methamphetamine and that the combined net weight between both stuffed animals was 440.8g +/- 0.2g and a purity of 99% +/- 7%. The DEA Forensic Laboratory was also able to identify latent prints on the exterior of the USPS Priority Mail parcel with tracking number 9405536206249308273444, UC Purchase 1. The Forensic Lab compared those prints to prints obtained from WRIGLEY's FBI Criminal Record and determined them to be a match.

## Conclusion

16.     Based on the foregoing, there is probable cause to believe that WRIGLEY has committed the offense of distribution of a controlled substance, specifically, methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

/s/ Brian F. Gacek
BRIAN F. GACEK
TASK FORCE OFFICER
UNITED STATES POSTAL INSPECTION SERVICE

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim. P. 4.1 and affirmed under oath the content of this affidavit and application.

Date: December 10, 2025
Time: 8:20 pm

*Andrea K. Johnstone*
HONORABLE ANDREA K. JOHNSTONE
UNITED STATES MAGISTRATE COURT JUDGE

6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| United States of America<br>v.<br>BREJEA WRIGLEY<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-mj- |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Brejea Wrigley,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) - Distribution of a Controlled Substance

Date: December 10, 2025

_Issuing officer's signature_

City and state: Concord, New Hampshire

Andrea K. Johnstone, US Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_ _____.

Date: _____

_Arresting officer's signature_

_Printed name and title_